# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EUGENE ABRAMOV**, | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 24-4172-KSM** |
| **SHAWN BULLARD**, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 18th day of August, 2025, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 36) and Plaintiff's opposition brief (Doc. No. 38), it is **ORDERED** that the motion is **DENIED.** Defendants shall file their answers to the Second Amended Complaint by **September 2, 2025**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.