**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **EUGENE ABRAMOV**, <br><br> Plaintiff, <br><br> *v.* <br><br> **SHAWN BULLARD**, et al., <br><br> Defendants/Counter Claimants, <br><br> *v.* <br><br> **EUGENE ABRAMOV**, <br><br> Counter Defendant. | **CIVIL ACTION** <br><br><br> **NO. 24-4172-KSM** |

**ORDER**

**AND NOW**, this 26th day of June, 2026, following a non-jury trial on February 18, 2026, and upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law (Doc. Nos. 74, 75), and on the basis of the Court's Findings and Conclusions entered this date, it is **ORDERED** that:

1. Judgment is **ENTERED** in favor of Defendants and against Plaintiff on Plaintiff's claims.

2. Judgment is **ENTERED** in favor of Plaintiff and against Defendant on Defendants' counterclaim.

3. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**